IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, IN 46204

FILED

DEC 0 8 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

GERMAN PARRA    , SS:          )
Plaintiff,                    )
                              )      CAUSE NO. _____
                              )      Civil Rights Complaint
                              )      (42 U.S.C. § 1983)
                              )
-vs-                          )
                              )      TRIAL BY JURY DEMANDED
DEPUTY CREAR,

DEPUTY BOSTOCK,

DEPUTY SPAYD,                        3:23-cv-218-RLY-CSW

DEPUTY SHOENBECK,

DEPUTY WHEELER,

DEPUTY TALBORT,

DEPUTY SUMMERS,

DEPUTY KUMAR,

DEPUTY PHILLIPS,

STAFF MIDDLETON,

DEPUTY HORNER,

DEPUTY MAETERS,

DEPUTY GUERERO,

DEPUTY JOHN DOE

        Defendant[s].

## 42 U.S.C. § 1983 CIVIL COMPLAINT

### I. INTRODUCTION

1. This cause of action places before this Honorable Court a 42

U.S.C. § 1983 civil complaint involving Defendant's

1

DEPUTY CREAR, DEPUTY BOSTOCK, DEPUTY SPAYD, DEPUTY
SHOENBECK, DEPUTY WHEELER, DEPUTY TALBORT, DEPUTY SUMMERS,
DEPUTY KUMAR, DEPUTY PHILLIPS, STAFF MIDDLETON, DEPUTY
HORNER, DEPUTY MAETERS, DEPUTY GUERERO, DEPUTY JOHN DOE

## II. PARTIES

2. Plaintiff: German Parra is a convicted felon presently incarcerated at Branchville Correctional Facility, 21390 Old State Road 37, Branchville, Indiana 47514.

3. Defendant[s]:

4.

5.

## III. JURISDICTION AND VENUE

6. Jurisdiction is invoked pursuant to the United States Constitution and 42 U.S.C. § 1983 to redress the deprivation of those rights secured by the United States Constitution, deprived by person[s] acting under the color of State law. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1343(a)(3).

7. The United States District Court for the Southern District of Indiana, Indianapolis is the appropriate venue for trial pursuant to 28 U.S.C. § 1391(b)(2); the county of Marion, Indiana is where the events complained of occurred.

## IV. PREVIOUS LAWSUITS

8. Plaintiff has not brought any previous civil complaints that were dismissed because the claims were frivolous, malicious, or

failed to state a claim upon which relief could be granted; see, 28 U.S.C § 1915(g).

## V. STATEMENT OF FACTS

9. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel unusual punishment as a result of punishment by segregation. This indifference treatment resulted in physical and mental damages. As German Parra became ill numerous times during his segregation housing. The most common symptoms were diarrhea, nausea, headaches, severe blistering rash and vomiting. German Parra also began to have mental deterioration suffering from anxiety, depression, and suicidal thoughts, often unknowing of the day or time of the week. This punishment was a result of German Parra being interrogated by CPT Bostock. German Parra was unable to provide any information at which point CPT Bostock became angry with German Parra. Verbally threatening German Parra of additional charges. At one point during the interrogation CPT Bostock said to German Parra "Ima make sure you spend the rest of your time in segregation while you're at this jail, let's see then how you feel about answering my questions". German Parra would come across CPT Bostock again from time to time while in segregation. German Parra would attempt to ask CPT Bostock why he was still in segregation and point out the unsanitary unhealthy conditions of the housing unit (4B). CPT Bostock would simply always look at German Parra

smile and ignore him just simply continuing his walkthrough. Interrogation occurred approximately in September 2020. The segregation incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C)housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 - January 22 2022, and then at Adult Detention Center segregation (4W)housing unit from January 22 2022, - approximately April 01 2022.

10. German Parra has been subjected to cruel unusual punishment in violation of Fourteenth, Eighth, and Fifth Amendment rights due to cells that were extremely filthy with dried fecal/urine matter, dried blood, chipped paint, and food all encrusted on the walls, bars, ceilings, toilet, sink, and floor of cell as well as throughout the housing unit. All the unsanitary conditions resulted in German Parra becoming ill multiple times while housed in segregation. Symptoms were diarrhea, nausea, headaches, vomiting, severe blistering rash, and strep throat numerous times during his time in segregation. German Parra filed grievances to which no response was ever made. German Parra also complained verbally numerous times to each listed Deputy to no avail. DEPUTY CREAR, DEPUTY BOSTOCK, DEPUTY SPAYD, DEPUTY WHEELER, DEPUTY TALBORT, DEPUTY SUMMERS, DEPUTY KUMAR, DEPUTY PHILLIPS, STAFF MIDDLETON, DEPUTY HORNER, DEPUTY MAETERS, DEPUTY GUERERO, and DEPUTY JOHN DOE. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation

(4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 - January 22 2022, and then at Adult Detention Center segregation (4W)housing unit from January 22 2022, - approximately April 01 2022 and then at Adult Detention Center segregation (3R) housing unit from approximately January 10 2023 - approximately April 08 2023.

11. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to unsanitary conditions by inoperable plumbing resulting in constant over flow of toilets causing cells specifically own cell to become flooded with unsanitary sewage waste water. A housing unit toilet that never flushed resulting in stagnant feces which constantly omitted a toxic odor. Ping-pong toilets where if one cell's toilet flushed then own cell toilet would begin to overflow. As well as a constant unhealthy undraining shower which resulted in standing unsanitary water as well as black mold build up in and around shower. All the unsanitary conditions resulted in German Parra becoming ill multiple times while housed in segregation. Symptoms were diarrhea, nausea, headaches, vomiting, and severe blistering rash. German Parra would grievance these issues often not receiving a response from the facility. German Parra would often complain to the following Deputies when they were on shift about the ongoing plumbing issues. Each deputy (Deputy Wheeler, Deputy Kumar, Deputy Horner, Deputy Maeters, and Deputy Guerero) would claim it was not their job to handle plumbing issues

that it would have to be taken up with building authority. German Parra and other inmates would always have to clean up the housing unit and cells on their own utilizing only what hygiene they had purchased. This resulted in the conditions still remaining overall unsanitary and unhealthy. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022.

12. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to unhealthy unsanitary conditions by routinely being moved from cell to cell and was forced to clean his new cells that have been left in horrendous sanitation by prior occupants especially if occupant were mentally ill. Adequate cleaning supplies and equipment are not routinely made available for inmates to clean their cells. The on floor Deputy listed below would often times not push in the cleaning supplies when requested or use the excuse of the cleaning supplies were not replaced or provided. This was the norm and this forced German Parra to live in unsanitary unhealthy conditions. German Parra was forced to rip up his own towels and utilize his own hygiene items in an attempt to unsuccessfully decontaminate cells of fecal/urine, blood, chipped paint, and food residue matter. German Parra attempted on each move to deny housing during his time in segregation because of unsanitary conditions, but Deputy Kumar, Deputy Wheeler, Deputy Maeters, Deputy

6

Talbort, Deputy Horner, Deputy Guerero and multiple unknown name Detention Deputies John Doe on different occasions would force German Parra into a new assigned cell or promise that cleaning supplies would be brought for German Parra to clean own cell. Even after days of German Parra requesting cleaning supplies from the listed Deputies the cleaning supplies would never be brought despite German Parra's numerous pleads for them. All the unsanitary conditions resulted in German Parra becoming ill multiple times while housed in segregation. Symptoms were diarrhea, nausea, headaches, severe blistering rash, and vomiting. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022. Adult Detention Center segregation (3R) housing unit from approximately January 10 2023 – approximately April 08 2023.

13. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to an infestation of pests (insects and rats) caused by the filthy conditions of the housing units. German Parra would verbally inform Deputy Wheeler and Deputy Kumar of the infestation which they would make remarks such as "shouldn't have come to jail then". These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C)housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022.

14. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to lack of sufficient mental health care. Exposure to psychotic inmates in adjoining cells. The inmates (Victor Pinksten, Homer Hopskin, and Ramsy Bruer) would constantly yell threats at German Parra and other inmates, become verbally abusive, bang on the adjoining cell walls causing a severe ruckus, hold loud disturbing self-conversations among themselves, throw feces and urine throughout the housing unit and into other inmate's cells, purposely cause an overflow of toilets successfully flooding the entire housing unit to include all cells with sewage waste water. German Parra as a result was unable to sleep, suffered high anxiety stress, depression, suicidal thoughts (at one point having to go to suicide watch) and began having mental deterioration. As well German Parra became ill multiple times while housed in segregation with mental inmates. On one occasion German Parra asked to go to the clinic for bloodwork. This occurred because a mental inmate had thrown feces on German Parra's face. At the time of incident Unknown Deputy John Doe and Deputy Wheeler were present. The nurse informed German Parra that the inmate did not have any illness and the blood work was unnecessary. Symptoms after the incident were diarrhea, nausea, vomiting, eye infection, severe blistering rash and strep throat. German Parra sought numerous help from behavioral health about the health and mental situation, but was simply only prescribed mental medication that did not resolve

the main issue of mental inmates being housed alongside German Parra. German Parra would beg and plea to Deputy Wheeler of the issue on multiple occasions. Deputy Wheeler would simply smile at German Parra and tell him shouldn't have come to jail. German Parra still suffers from PTSD caused by this he still suffers high anxiety around multiple people and depression from being exposed for so long to that environment. The facility had mental health housing units. It is unknown why the facility would house mental health inmates in administrative housing units alongside German Parra for such an extended amount of time. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022.

15. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel unusual punishment brought by sleep deprivation caused by bright twenty four hours lighting. This caused migraine headaches, severe eye pain, and deterioration in vision. As well as sleep deprivation due to the mental inmate's constant noise disturbance. The high fluorescent lighting was directly over German Parra's bed in cell and directly in front of German Parra cell. No matter how German Parra attempted to lay in cell it was impossible to not have the lighting directly effecting him. German Parra attempted to grievance the issue to no reply as well as verbally complain to numerous staff members' DEPUTY

CREAR, DEPUTY BOSTOCK, DEPUTY SPAYD, DEPUTY WHEELER, DEPUTY TALBORT, DEPUTY SUMMERS, DEPUTY KUMAR, DEPUTY PHILLIPS, Deputy Guerero, and Deputy Horner about the inability to turn the light on or off because of switches being broken. Each Deputy response would be that they need to be able to see into cell at all times of the day. German Parra at times would attempt to cover the light up just to get some sleep, however every Deputy conducting a walkthrough of the housing unit would order German Parra to uncover the light. German Parra would also attempt to cover his eyes, but each Deputy would order him to remove the eye mask as they need to see his face. As a result German Parra was never able to get four hours of undisturbed consecutive sleep in one day. Often German Parra would attempt to sleep, but unable because of the bright lighting as a result German Parra would be up for two days at a time. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022.

16. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to unsanitary unhealthy personal hygiene brought by inoperable plumbing of shower and numerous denial surpassing a seventy two hour period for a shower. German Parra attempted numerous times to resolve the issue by verbally asking and grievancing for a shower addressing it to the facility staff members to no avail. German Parra would also notify

staff members Deputy Horner, Deputy Maeters, Deputy Wheeler, Deputy Kumar, and Unknown Deputy John Doe of a developing severe painful blistering rash due to not being afforded a shower over the span of numerous days on multiple occasions. On each occasion each deputy would notify German Parra that someone was already coming out for recreation and that perhaps later they could afford him a shower. German Parra would complain that the new fecal matter that has been thrown by other inmates touched his skin. As a result German Parra wanted to shower to ensure he properly removed the feces from his skin. However Deputy Maeters, Deputy Wheeler, Deputy Kumar, and Deputy John Doe would not conduct recreation changes to ensure German Parra would have an opportunity for a shower and then Deputy Horner, Deputy Maeters, Deputy Wheeler, Deputy Kumar, and Deputy John Doe would end his or her shift on multiple occasions. The next shift would not follow up on the issue and German Parra would once again go another day without a shower. German Parra on numerous occasions felt that Deputy Wheeler would purposely treat him in such a manner to provoke frustration and anger. On one particular occasion German Parra begged Deputy Wheeler for a shower which Deputy Wheeler's response was "not my problem". Once German Parra was moved to the Adult Detention Center, housing unit (4W,3R) the shower issue still continued. On multiple occasions German Parra verbally asked any Deputy he saw for a shower while in (4W). On one particular day an unknown Deputy John Doe Caucasian white female with long hair

approximately 30-40 years of age during day shift told German Parra after three times of him asking her politely for a shower to "just take a nap and shut up". German Parra became upset at this point and asked the Deputy for her name so he could file a grievance, which she replied "oh real tough behind a door". The Deputy then left the housing unit still not affording German Parra a shower. German Parra grievanced this issue electronically on the tablet. The reply from the grievance did not resolve the issue. German Parra also verbally addressed this issue with Deputy SGT B Unknown rest of name John Doe who simply made no attempts to resolve the issue. Once German Parra was housed in segregation again (3R) the opportunity for a shower issue still continued. Multiple John Doe Deputies would not ensure that German Parra came out for a shower or recreation. German Parra's cell in (3R) had fecal matter throughout the wall, floor, toilet, door, table, and bed area. Despite this the Deputies John Does' would still not ensure German Parra was let out for a shower, causing German Parra to have to go days without one while exposed to unsanitary unhealthy conditions. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C)housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022. Adult Detention Center segregation (4W)housing unit from January 22 2022, – approximately April 01 2022 and then at Adult Detention Center

segregation (3R) housing unit from approximately January 10 2023 – approximately April 08 2023.

17. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to physical and mental damages brought by numerous deliberate lack of exercise. German Parra would spend multiple days locked down within own cell not afforded recreation at all. German Parra attempted numerous times to resolve the issue by verbally asking and grievancing for recreation addressing it to the facility staff members Deputy Maeters, Deputy Horner, Deputy Wheeler, Deputy Kumar, and Deputy SGT B unknown rest of name John Doe as well as other numerous Deputy Staff members John Does' to no avail. Deputy Wheeler on multiple occasions would not conduct recreation changes to ensure each inmate received recreation. Multiple times German Parra would verbally beg Deputy Wheeler for recreation which Deputy Wheeler would simply ignore German Parra's request and leave the housing unit. On other occasions Deputy Wheeler when in a bad mood for unknown reason would ensure all cells were locked then leave without letting anyone out for recreation his entire shift. This caused German Parra to develop severe pain from having to constantly stay in a seated or laying down position within the confines of his small square area cell. The cell's at Marion County Jail 1 (4B,4C,4F) were of such a small size that any person would not have any free available space to work out in. When German Parra would attempt to stand or walk it would be

13

difficult as his leg muscles went unexercised for such a time. German Parra lack of exercise opportunity caused him to lose 20 pounds in weight. German Parra also suffered from depression and anxiety due to the lack of exercise opportunity over the span of his segregation stay (15 months). German Parra as a result of lack of exercise opportunity has developed chronic health care issues specifically high blood pressure which he must now take medication for. Upon entering segregation German Parra had an athletic healthy appearance, no health issue with blood pressure. Upon exiting segregation German Parra's appearance was alarmingly frail and unhealthy as well as having high blood pressure problems. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 - January 22 2022. Adult Detention Center segregation (4W) housing unit from January 22 2022, - approximately April 01 2022 and then at Adult Detention Center segregation (3R) housing unit from approximately January 10 2023 - approximately April 08 2023.

18. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel and unusual punishment by unsanitary unhealthy conditions, irrational purpose in segregation, and indifference treatment. German Parra filed numerous grievances as to why he is being kept in segregation addressing the grievances to CPT Bostock, CPT Spayd, Chief Crear, LT Shoencbeck,

and CPT Ellis on different occasions throughout his time in segregation. Some grievances went unanswered the ones that were replied had no definite answer. German Parra also had physical verbal conversation with Chief Crear early in the year of 2021 inside segregation housing unit 4B. German Parra pointed out the extremely filthy conditions of the housing unit due to the dried fecal/urine matter, dried blood, chipped paint, and food all encrusted on the walls, bars, ceilings, toilet, sink, and floor of cell as well as throughout the housing unit. German Parra explained to Chief Crear that he has become ill multiple times while housed in segregation. Symptoms were diarrhea, nauseous, headaches, severe blistering rash, and vomiting because of the unsanitary unhealthy conditions. German Parra pointed out the inoperable plumbing of shower and toilets, sleep deprivation due to lighting, problematic mental inmates, as well as lack of exercise due to recreation problems brought by staff's laziness. Chief Crear reply was verbally abusive, unconcerned, and asking German Parra "are you the one breaking my windows" German Parra informed Chief Crear multiple other inmates who were under investigation for the window incident have been returned to general population. German Parra informed Chief Crear that he had nothing to do with the incident that it was only because he was in the housing unit at time of incident that he was being unfairly punished due to not being able to provide any information to CPT Bostock. That CPT Bostock is punishing me for not being able

to help him in his investigation. That he was never written up for any incident in housing unit (4T). That there is no evidence connecting German Parra with the incident beside him being in the housing unit. German Parr's cell window was never tampered with and had no damage on it. That the other inmates who were found with contraband or who's window in cell was damaged were written up. Then after six months in segregation these inmates have all been returned to general population. German Parra notified and begged Chief Crear that he was being treated indifferent, that he was being punished unfairly, that the unsanitary unhealthy conditions were unconstitutional, that he should be allowed to return to general population especially if the other inmates under investigation have all been returned to general population. He also asked Chief Crear to please resolve all the issues present in segregation. Chief Crear response was that if the inmates did not act up then there would not be an unsanitary unhealthy problem in the housing unit and that this is not a hotel. Also that she would look into German Parra's reason for being in segregation, but German Parra was still kept in segregation for another year after this conversation. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022. Adult Detention Center segregation (4W) housing unit from January 22 2022, - approximately April 01 2022.

19. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel and unusual punishment by unsanitary unhealthy conditions, irrational purpose in segregation, and indifference treatment. German Parra filed numerous grievances as to why he is being kept in segregation addressing the grievances to CPT Bostock, CPT Spayd, Chief Crear, LT Shoencbeck, and CPT Ellis on different occasions throughout his time in segregation. Some grievances went unanswered the ones that were replied had no definite answer. German Parra also had physical verbal conversation with CPT Spayd early in the year of 2021 inside segregation housing unit 4B. German Parra pointed out the extremely filthy conditions of the block due to the dried fecal/urine matter, dried blood, chipped paint, and food all encrusted on the walls, bars, ceilings, toilet, sink, and floor of cell as well as throughout the housing unit. German Parra explained to CPT Spayd that he has become ill multiple times while housed in segregation. Symptoms were diarrhea, nauseous, headaches, severe blistering rash, and vomiting because of the unsanitary unhealthy conditions. German Parra pointed out the inoperable plumbing, sleep deprivation due to lighting, problematic mental inmates, as well as lack of exercise due to recreation problems brought by staff's laziness. German Parra informed CPT Spayd that he felt he was being unfairly punished since other inmates who came back to segregation with him have been returned to general population. German Parra informed CPT Spayd that

his window in the housing unit was not tampered with, but yet the inmate whose window in cell was tampered with has been returned to general population. German Parra informed CPT Spayd he feels that CPT Bostock became upset with him during the interrogation because German Parra could not provide any information to him about the incident. German Parra informed CPT Spayd that he was being told now by classification every Wednesday when they conduct their walk through of the segregation units. That he is being kept in segregation because he is under investigation. CPT Spayd at the time was the department head for investigation at Marion County jail 1. CPT Spayd informed German Parra that she was not aware of any reservation on him meaning no active investigation. CPT Spayd took German Parr's name down. German Parra also notified CPT Spayd he had addressed two grievances now to her, but had never received a reply from her. CPT Spayd informed German Parra she never received a grievance. CPT Spayd also informed German Parra she would attempt to resolve the ongoing unsanitary unhealthy condition in the segregation unit. However even after months of this conversation no unsanitary unhealthy issues were resolved in the segregation housing units. German Parra was still kept in segregation with no resolution. CPT Spayd made no attempts to follow up with German Parra on any grievance or issue. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from

October 20 2020 – January 22 2022. Adult Detention Center segregation (4W)housing unit from January 22 2022, – approximately April 01 2022

   20. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel and unusual punishment by unsanitary unhealthy conditions, irrational purpose in segregation, and indifference treatment. Deputy Talbort would routinely conduct walk through of the segregation housing units (4B,4F,4C,2C). Often times when German Parra was housed in 4B he would attempt to verbally grievance his conditions to Deputy Talbort. Deputy Talbort would always ignore German Parr's pleas for help to the unsanitary unhealthy conditions. Deputy Talbort transferred German Parra from 4F housing unit to 2C housing unit. Upon movement German Parra informed Deputy Talbort of the conditions in segregation as well as his extended duration now in segregation. Deputy Talbort then transferred German Parra in the same month from 2C to 4F. Once again German Parra informed Deputy Talbort of the unhealthy unsanitary conditions within the segregation units as well as his extended duration in segregation. German Parra notified Deputy Talbort that he was never written up for any misconduct as well as the recreation issues with in segregation. Upon entering 4F the conditions were horrendous extremely filthy with dried fecal/urine matter, dried blood, chipped paint, and food all encrusted on the walls, bars, ceilings, toilet, sink, and floor of cell as well as

throughout the housing unit. German Parra handcuffed in the back as is the normality when transferring a segregation inmate anywhere attempted to refuse housing, but Deputy Talbort ignored German Parra's pleas and forced him into a cell with fecal, urine, and blood matter all throughout the bars, walls, floor, toilet, sink, and bed frame area. German Parra yelled and requested for cleaning supplies, but Deputy Talbort simply smiled at German Parra and left the housing unit. All the unsanitary conditions resulted in German Parra becoming ill multiple times while housed in segregation. Symptoms were diarrhea, nausea, headaches, severe blistering rash, and vomiting. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4F,2C,4B)housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022.

21. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel and unusual punishment by unsanitary unhealthy conditions, irrational purpose in segregation, and indifference treatment. German Parra filed numerous grievances throughout his time in segregation to LT Schoencbeck who worked in the classification of jail inmates. In the beginning German Parra would ask for clarification as to why he was in segregation. After sometime in segregation especially after six months German Parra began to have more informative discussion with the classification workers who would conduct walk through of the

segregation units every Wednesday. (German Parra would point out the unsanitary unhealthy conditions to the classification workers, as well as German Parra becoming ill multiple times with diarrhea, nausea, headaches, severe blistering rash, and vomiting while in segregation housing units.) It is at these times that German Parra would plea to be let out of segregation and ask why he was being kept indifference from other inmates who came back with him under investigation. A classification worker named Middleton and a Caucasian white female approximately 40-50 years in age with long hair notified German Parra that perhaps this may be illegal. They advised German Parra to grievance the issue to LT Schoenbeck who was overseer of classification. They informed German Parra that he had no DHB write ups while in segregation so it was confusing to them as to why he was still in segregation after the normal six months investigation. These conversation continued between German Parra and Middleton every Wednesday throughout the year of 2021 in housing units (4B,4C,4F,2C). Each conversation would produce more information to German Parra about the irrational purpose and indifference treatment. For example in the beginning of 2021 Middleton claimed to have no knowledge as why German Parra was being kept in segregation. Later on Middleton disclosed to German Parra that he was not allowed to be housed on the new side of the jail. German Parra suggested then that he be released to a housing unit on the old side such as a detox unit or the general population block on

the second floor. German Parra would continue to grievance the issue to LT Schoenbeck as new information came forward. Later on however Middleton informed German Parra that at his review for an unknown reason Chief Crear, CPT Bostock, CPT Ellis and other high ranking staff members were against allowing German Parra to be released from segregation back to general population. Middleton assured German Parra that he was having these discussion with LT Schoenbeck and that everyone in classification was aware of the issue. Middleton claimed to have asked for clarification from CPT Bostock and Chief Crear about this issue. Middleton informed German Parra that CPT Ellis claims another agency is requesting German parra to remain in segregation. German Parra grievanced this to CPT Ellis requesting more information to which no reply came. Middleton instructed German Parra to grievance this which German Parra did but still did not receive a definitive answer to the question only a response of another agency. Also German Parra informed Middleton that this made no sense since he was in general population for over a year. That it was not until the window incident which was followed by the interrogation by CPT Bostock that he was brought back to segregation. German Parra also informed Middleton of the threat by CPT Bostock and that all other inmates who were brought back to segregation with German Parra under the same investigation have already been returned to general population. He also informed Middleton that other inmates who were released from the investigation are being housed on the new

side of the jail. Middleton instructed German Parra to write a letter to the review board which Middleotn assured German Parra that he would read on his behalf. German Parra did as Middleton instructed, but still no resolution came about for the indifference treatment, irrational segregation, unsanitary unhealthy conditions, inoperable plumbing, lack of recreation exercise, or shower availability. It was not until approximately April of 2022 after being moved to the new jail Adult Detention Center that German Parra was randomly released from segregation. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022, and then at Adult Detention Center segregation (4W)housing unit from January 22 2022, – approximately April 01 2022 and then at Adult Detention Center segregation

22. German Parra has been subjected to violation of Fourteenth, Eighth, and Fifth Amendment rights due to cruel and unusual punishment by unsanitary unhealthy conditions, irrational purpose in segregation, and indifference treatment. Deputy Summers was the grievance officer as well as majority of the time a DHB review officer. German Parra would always receive a reply to his grievances with Deputy Summers closing out the informal grievance. German Parra would refile a grievance multiple times on the same issue claiming it is still not resolved. Numerous grievances specifically the ones

concerning the unsanitary unhealthy conditions of the housing units went unanswered. As well as other grievances supposedly never making it to the addressed Deputy. German Parra had a discussion with Deputy Summers in 4B housing unit about the issues with the grievances. German Parra informed Deputy Summers that he keeps closing out his grievances which prevent him from being able to then file a formal grievance on the issues. (The mail man would not provide German Parra with a formal grievance unless directed to do so) Deputy Summers told German Parra that he closes the grievances because they are going to be resolved so no need to continue onto a formal grievance. German Parra pointed out to Deputy Summers the cells that were extremely filthy with dried fecal/urine matter, dried blood, chipped paint, and food all encrusted on the walls, bars, ceilings, toilet, sink, and floor of his own cell and others, as well as throughout the housing unit. That the unsanitary conditions resulted in German Parra becoming ill multiple times while housed in segregation. Symptoms were diarrhea, nausea, headaches, severe blistering rash, and vomiting. That the issues are not being resolved and that he is still in segregation for an irrational purpose. Deputy Summers informed German Parra to cease grievancing for an issue already grienvanced, that they will be resolved. German Parra due to issues not being resolved still would continue to file grievances on unresolved issues during his time in segregation. At times Deputy Summers would reply to German Parra informing him that he already

had a grievance on file of this issue or that no further reply will come to an already grievances issue. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022, and then at Adult Detention Center segregation (4W) housing unit from January 22 2022, – approximately April 01 2022.

23
24. Approximately in the month of October, November, or December Deputy Wheeler was the shift floor Deputy. Deputy Wheeler and unknown members of C.E.R.T brought in a white male inmate approximately 30-40 years of age 5-10ft, into housing unit 4B. German Parra was housed in cell 5 at the time and awoke to loud noise. German Parra witnessed the inmate escorted by Deputy Wheeler and Unknown C.E.R.T members. The inmate was yelling that he was going to kill himself and he didn't care to live anymore. Deputy Wheeler and unknown C.E.R.T members forced the new inmate to a cell then closed the cell. The inmate continued to yell that he was going to kill himself at which point German Parra and other inmates in the housing unit heard Deputy Wheeler say "shut up and do it already then". Deputy Wheeler and the C.E.R.T members laughed on their way out the housing unit. An inmate by the last name of Koons was out on recreation after. Inmate Koons got on the phone located at the front of the housing unit. German Parra could hear what sounded like a bed sheet being torn from the direction of the new inmate's cell. German Parra attempted to ask

the new inmate his name to no response. German Parra began to hear noise as if someone was having trouble breathing and some sort of physical banging. Another inmate yelled to the new inmate hey you ok in there which no reply came. At this point German Parra and other inmates yelled for Koons. Koons came down the range and everyone asked him to check on the new inmate. Koons then came running down the range pale in the face declaring that the inmate is hung in his cell appearing dead. Koons then ran and began to hit the emergency button numerous times. It is often the norm for the button to be turned off by the Deputy so that Inmates can't disturb the Deputy on shift with questions. The button was on at this time, but Deputy Wheeler came over the loudspeaker demanding what the inmates' want. Koons informed Deputy Wheeler that someone was hanging dead back here and needed to come back to the housing unit. Deputy Wheeler responded in a non-caring voice "yea ok". Approximately 15 min passed and Koons again hit the emergency button multiple times again Deputy Wheeler asked what the inmates' want. Koons again informed Deputy Wheeler not playing around someone is dead back here Deputy Wheeler yelled over the loudspeaker if you hit the emergency button again I will shut recreation for the block down for the day. The button was then turned off by Deputy Wheeler. This was founded out as Koons attempted to hit the button still with no beep tone sounding meaning the button was now turned off by Deputy Wheeler. All the inmates then began to kick on the cell walls and yelling for help no reply

came. Approximately 1-2 hours passed before Deputy Wheeler appeared on the guard walk. As Deputy Wheeler was making his walk he noticed the inmate dead in his cell at which point he ran out the housing unit. Approximately 5 min passed when the housing unit was locked down and multiple facility staff entered. At this point they began to attempt to provide medical aide, but were unsuccessful. Deputy Wheeler yelled at the housing unit why no one informed him of this. Multiple inmates including German Parra attempted to notify other staff that they attempted to inform Deputy Wheeler by pressing the button, but Deputy Wheeler turned the button off and ignored their pleas for help. Deputy Wheeler yelled over the inmates saying they were liars and full of bullshit. The next day Deputy Wheeler and Deputy Maeters came with a paper threatening that if an inmate did not sign they would receive no recreation for the day. German Parra attempted to ask Deputy Wheeler and Deputy Maeters what the paper was for at which point Deputy Wheeler in front of Deputy Maeters threatened inmate German Parra that if he didn't sign he would take his recreation for a very long time and make his life hell in here. German Parra reluctantly out of fear signed the paper. These incidents occurred while German Parra was incarcerated at Marion County Jail 1 segregation (4B,4C,4F,2C) housing units, 40S Alabama Street, Indianapolis, Indiana 46204 from October 20 2020 – January 22 2022

34.
~~27~~. Plaintiff has exhausted his administrative remedies.

### VI. JURY DEMAND

~~28~~. Plaintiff demands a trial by jury

### VII. PRAYER FOR RELIEF

~~29~~. WHEREFORE, Plaintiff prays that this Honorable Court grant

the following relief:

Compensatory Damages: 100,000.00

Punitive Damages: 500,000.00

### VIII. VERIFICATION

~~30~~. Pursuant to 28 U.S.C. § 1746, I German Parra, declare and

verify under penalty of perjury that the foregoing is true and

correct to the best of my knowledge and belief.

_German Parra_ Nov 15 2003
German Parra
DOC#288321 LOC: F-8-9
21390 Old State Road 37
Branchville Correctional Facility
Branchville, Indiana 47514